UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRON GATE SECURITY, INC.<br><br>Plaintiff,<br><br>- against -<br><br>LOWE'S COMPANIES, INC.<br><br>Defendant. | Index No. 15-cv-8814 (SAS) |

**DEFENDANT LOWE'S COMPANIES, INC.'S NOTICE OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Defendant Lowe's Companies, Inc.'s Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Lowe's Companies, Inc. ("Lowe's"), by its undersigned counsel, will move this Court, on February 26, 2016, or as soon as counsel may be heard, at the United States Courthouse located at 500 Pearl Street, New York, NY 1007 before the Honorable Shira A. Scheindlin, United States District Judge, for an Order granting Defendant's Motion, and for such other and further relief as this Court deems just and proper.

The undersigned hereby certifies, pursuant to Rule IV.B of the Individual Practice Rules of Judge Shira A. Scheindlin, that the Parties have exchanged pre-motion letters in an attempt to eliminate the need to bring this motion.

-2-

Dated: January 13, 2016
      New York, New York

                    HUNTON & WILLIAMS LLP

                By: /s/ Shawn Patrick Regan_____
                   Shawn Patrick Regan
                   200 Park Avenue
                   New York, NY 10166-0005
                   212-309-1000
                   Fax:  212-309-1100
                   Email:  sregan@hunton.com

                   Michael A. Oakes
                   (to be admitted *pro hac vice*)
                   2200 Pennsylvania Avenue, NW
                   Washington, DC 20037
                   202-955-1500
                   Fax: 778-7459
                   Email:  moakes@hunton.com

                   *Attorneys for Defendant*
                   *Lowe's Company, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of January, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to counsel of record listed below:

LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
Alexander Solo
600 South Avenue West
Westfield, NJ 07090
908-654-4500
Fax: 908-654-7866
Email:  asolo@ldlkm.com

*Attorneys for Plaintiff*

                                            /s/ Shawn Patrick Regan
                                               Shawn Patrick Regan